IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL INDICTMENT |
| LUZ MARINA LOAIZA CLAVIJO, | ) | NO. 1:08-CR-356-WSD-ECS-18 |
| Defendant | ) | |

## NOTICE OF INTENT TO USE POLYGRAPH EVIDENCE AT TRIAL

Comes now Defendant, LUZ MARINA LOAIZA-CLAVIJO, hereinafter referred to as "Luz Marina," by and through her counsel of record, Martin L. Cowen III, and shows the Court the following:

1.

Luz Marina is charged with conspiracy to distribute and possess with intent to distribute marijuana and cocaine (Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii) and (vii) (Count I) and money laundering (Title 18, United States Code, Sections 1956(h)) (Count II).

2.

On May 10, 2010, Luz Marina submitted to a polygraph examination. The polygraph examination was conducted by Marc E. Foster. Mr. Foster is a certified polygraph examiner by the U.S. Department of Justice and FBI and is a licensed polygraph examiner. He is a retired special agent with the Federal Bureau

of Investigation and worked as a polygraph examiner/coordinator with the FBI for years.   A copy of Mr. Foster's Curriculum Vitae is attached hereto as an exhibit.

3.

Using the probable lie control question technique, Mr. Foster administered a polygraph examination to Luz Marina. As set out in more detail in the polygraph report, Luz Marina was asked:

"At any time during your work for Chayanne did you know you were involved in an illegal drug trafficking conspiracy?"

And

"In your work for Chayanne did you conduct any financial transaction that you knew at the time was illegal?"

In the opinion of the polygraph examiner, Luz Marina's recorded responses to the relevant questions were not indicative of deception. The polygraph results are attached hereto as an exhibit.

4.

By way of this filing, the defense is providing the government notice under *United States v. Piccinonna*, 885 F.2d 1529 (11th Cir. 1989)(en banc), *United State v. Gilliard*, 133 F.3d 809 (11th Cir. 1998), and *United States v. Tokars*, 95 F.3d 1520 (11th Cir. 1996) that it intends to introduce evidence at Luz Marina's trial concerning the polygraph examination. Specifically, through the testimony of Marc

E. Foster, the defense intends to introduce into evidence the polygraph examination and results attached hereto as an exhibit. Mr. Foster is expected to testify consistent with his examination. Mr. Foster is expected to testify as an expert witness about the testing procedures, to explain how the test was evaluated and to explain his interpretation of the results. Mr. Foster is expected to testify that the results are indicative of a truthful polygraph test outcome with regard to the relevant questions. The evidence is being offered to corroborate Luz Marina expected testimony that she did not knowingly participate in illegal drug or money conspiracies.

5.

By way of this filing the defense is offering the Government a reasonable opportunity to have its own polygraph expert administer a test to Luz Marina covering substantially the same questions. Government counsel should

contact defense counsel to arrange for this testing if the Government wishes to pursue its own polygraph examination.

Respectfully submitted,

/s/ Martin L. Cowen III

_____

Martin L. Cowen III
Georgia Bar Number 192150
Attorney for Defendant,
LUZ MARINA LOAIZA-CLAVIJO

P.O. Box 1132
Jonesboro, Georgia 30237-1132

770-471-9800 office
770-472-6392 fax
E-mail: mlcowen@yahoo.com

## CURRICULUM VITAE (INVESTIGATION)

**NAME:**
- Marc E. Foster
  Investigative & Polygraph Group, Inc.
  P.O. Box 397
  Decatur, Georgia 30031-0397
  Telephone: (770) 401-1800
  Fax: (770) 649-1284

**BACKGROUND:**
- Special Agent, Federal Bureau of Investigation (FBI), 20 years.
- Supervisory Special Agent, FBI, 8 years.
- Special Agent, United States Secret Service (USSS), 6 years.
- Counterintelligence Officer, Sandia National Laboratories, Albuquerque, New Mexico.

**ASSIGNMENTS:**
- 1970-1971: 1st Lieutenant, United States Army Artillery. Served as Fire Direction Officer for the 2nd of the 27th Artillery Regiment, Friedberg, Germany.

- 1975-1981: Special Agent, USSS, Chicago, Illinois. Investigated U.S. Government check and bond forgery; counterfeiting of U.S. currency; and protective intelligence matters. Also assigned to the physical protection of USSS protectees.

- 1981-1982: Special Agent, FBI, Chicago, Illinois. Investigated counterterrorism, foreign counterintelligence and general criminal matters.

- 1982-1983: FBI, Monterey, California. Attended the Basic and Intermediate Chinese-Mandarin language courses (18 months).

- 1983-1987: FBI, Houston, Texas. Investigated foreign counterintelligence, counterterrorism, espionage, defector and organized crime matters. Attended the Intermediate and Advanced Chinese-Mandarin language courses at Middlebury College, Middlebury, Vermont. Served as SWAT Team Leader.

- 1987-1989: FBI Headquarters, Washington, DC. Supervised investigation of foreign counterintelligence matters nationwide.

- 1989-1997: FBI, Atlanta, Georgia. Supervised foreign counterintelligence and counterterrorism investigations. Also assigned to internal affairs investigations. Supervised counterterrorism operations for the 1996 Summer Olympic Games. Served as Intelligence Supervisor in the Olympic Crisis Management Center. Served as Division Polygraph Examiner and Coordinator, 1995-1997.

- 1997-1999:  FBI, Louisville, Kentucky.  Served as Division Polygraph Examiner and Coordinator.  Polygraph examinations conducted across all FBI investigative classifications.

- 1999-2000:  U.S. Dept. of Energy, Sandia National Laboratories. Albuquerque, New Mexico.  Served as Counterintelligence Officer.

**CERTIFICATIONS:**
- Licensed Private Detective
- Licensed Polygraph Examiner
- Certified Polygraph Examiner, U.S. Dept. of Justice & FBI.

**PROFESSIONAL MEMBERSHIPS:**
- Georgia Association of Professional Private Investigators
- Society of Former Agents of the FBI
- Federal Bureau of Investigation Agents Association
- American Polygraph Association
- Georgia Polygraph Association
- Alabama Association of Polygraph Examiners

**EDUCATION:**
- B.S. in Chemical Engineering, University of Missouri, Columbia, Columbia, Missouri.

## CURRICULUM VITAE (POLYGRAPH)

**NAME:**
- Marc E. Foster
  Investigative & Polygraph Group, Inc.
  P.O. Box 397
  Decatur, Georgia 30031-0397
  Telephone:  (770) 401-1800
  Fax:  (770) 649-1284

**BACKGROUND:**
- Special Agent, Federal Bureau of Investigation (Retired).
- Polygraph Examiner/Coordinator, FBI, Louisville Division.
- Polygraph Examiner/Coordinator, FBI, Atlanta Division.
- Special Agent, United States Secret Service, 6 years.

**TRAINING:**
- U.S. Department of Defense Polygraph Institute.
  - Polygraph Examiner Course.
    - A four-month graduate level course of instruction in Psychology, Physiology, and the Forensic Science of Polygraph.
    - Computerized Polygraph Course.
  - FBI Academy, Quantico, Virginia.
    - Numerous training courses in interview and interrogation, behavioral sciences and criminal investigations.

**CERTIFICATIONS:**
- Certified Polygraph Examiner, U.S. Dept. of Justice and FBI.
- Licensed Polygraph Examiner
- Licensed Private Detective

**PROFESSIONAL:**
**MEMBERSHIPS:**
- American Polygraph Association
- Georgia Polygraph Association
- Alabama Association of Polygraph Examiners
- Georgia Association of Professional Private Investigators
- Society of Former Agents of the FBI
- FBI Agents Association

**EDUCATION:**
- B.S. in Chemical Engineering, University of Missouri, Columbia, Missouri.

INVESTIGATIVE & POLYGRAPH GROUP, INC.
EXAMINER: MARC E. FOSTER
POLYGRAPH EXAMINATION AND BACKGROUND WORKSHEET

| | |
|---|---|
| Date of Examination: May 10, 2010 | Beginning Time: 11:45 am |
| Location of Examination: Atlanta, Georgia | Ending Time: 3:10 pm |

**Examinee's Name (Last, First Middle)**
Loaiza, Luz Marina

| Date of Birth: ███ | Age: 41 | Place of Birth: Cartago, Colombia |
|---|---|---|

| Height: ███ | Weight: ███ | Gender: Female | Marital Status: Married Spouse's Name: ████████ |
|---|---|---|---|

| Current Address: ████████ Auburn, Georgia 30011 | Telephone No.: ████████ |
|---|---|

| Previous Polygraph Examination: None claimed. | Represented by Attorney: Yes _X_ No____ Martin Cowen, Jonesboro, Georgia |
|---|---|

**Education Information:** Attended school in Colombia and later obtained a GED in New Jersey.

**Employment:** Examinee is currently self-employed as a house cleaner. She has been so employed for approximately one year. She works out of her home.

**Physical Condition/Medication:** Loaiza is being treated for thyroid cancer. She takes Synthroid for the thyroid abnormality and Amoxicillin for allergy infection.

| Type of Test | ZCT | MGQT | R/I | POT | STIM | TOTAL |
|---|---|---|---|---|---|---|
| No. Series | 1 | | | | 1 | 2 |
| No. Charts | 4 | | | | 1 | 5 |
| | | | | | | |

**Examination Results:**
Deception Indicated ____   No Deception Indicated _X_   Inconclusive ____   No Opinion ____

## POLYGRAPH EXAMINATION – MAY 10, 2010 – ATLANTA, GEORGIA

### EXAMINER:  MARC E. FOSTER

### EXAMINEE:  LUZ MARINA LOAIZA

### INSTRUMENT:  LAFAYETTE LX-4000

| Q# | QUESTIONS | ANSWER |
|----|-----------|--------|
| 1. | Are the lights on in this room? | Yes |
| 2. | Regarding your work for Chayanne from 2006 to 2008, do you intend to deliberately lie to any question on this test? | No |
| 3. | Do you understand that I will only ask you the questions we reviewed? | Yes |
| 4. | Before 2006, did you ever lie or make up a story just to keep out of trouble? | No |
| 5. | In your work for Chayanne, did you conduct any financial transaction that you knew at the time was illegal? | No |
| 6. | Prior to 2006, did you ever lie to your husband or conceal information from him that could have jeopardized your marital relationship? | No |
| 7. | At any time during your work for Chayanne, did you know you were involved in an illegal drug trafficking conspiracy? | No |
| 8. | Before 2006, did you ever lie or conceal information to cover up something you were ashamed of ? | No |
| 9. | Is there something else you are worried that I will ask you a question about? | No |

## POLYGRAPH EXAMINATION – MAY 10, 2010 – ATLANTA, GEORGIA

### EXAMINER: MARC E. FOSTER

### EXAMINEE: LUZ MARINA LOAIZA

### INSTRUMENT: LAFAYETTE LX-4000

| Q# | QUESTIONS | ANSWER |
|----|-----------|--------|
| 1. | ¿Están encendidas las luces en este cuarto? | Yes |
| 2. | ¿En relación a su trabajo para Chayanne del '06 al '08, tiene usted la intención de mentir deliberadamente a cualquier pregunta en esta prueba? | No |
| 3. | ¿Entiende que solamente le haré las preguntas que hemos revisado? | Yes |
| 4. | ¿Antes del 2006, mintió ud. o se invento un cuento para evitarse problemas? | No |
| 5. | ¿Cuando trabajó para Chayanne, hizo usted alguna transacción financiera sabiendo en el momento que era ilegal? | No |
| 6. | ¿Antes del 2006, le mintió ud. alguna vez a su esposo o le oculto información que pudo haber puesto en peligro su matrimonio? | No |
| 7. | ¿En algún momento durante el tiempo en que trabajo para Chayanne, sabía ud. que estaba involucrada en una conspiración de narcotráfico? | No |
| 8. | ¿Antes del 2006, mintió ud. u ocultó información para encubrir algo de lo cual ud. se sentía avergonzada? | No |
| 9. | ¿Hay algo que le preocupa que yo le pudiera preguntar? | No |

**INVESTIGATIVE & POLYGRAPH GROUP, INC.**
**2450 VIVIAN CIRCLE**
**DECATUR, GEORGIA 30030**
**(404) 377-7999**
**FAX: (404) 377-3818**

| POLYGRAPH REPORT | | |
|---|---|---|
| DATE OF REPORT<br><br>May 10, 2010 | DATE OF EXAMINATION<br><br>May 10, 2010 | LOCATION OF EXAMINATION<br><br>Atlanta, Georgia |

EXAMINEE NAME (LAST, FIRST MIDDLE)


Loaiza, Luz Marina

---

INDIVIDUAL REQUESTING EXAMINATION

Mr. Martin L. Cowen III
Attorney at Law
P.O. Box 1132
Jonesboro, GA 30237-1132

---

POLYGRAPH INSTRUMENT:   LAFAYETTE LX-4000

---

A polygraph examination, also referred to as a psychophysiological detection of deception

examination, was conducted.  The details of the examination, the relevant questions asked

during the examination and the examiner's opinion concerning the physiological responses

recorded during the examination are attached.

# POLYGRAPH REPORT

On May 10, 2010, a polygraph examination was administered to Luz Marina Loaiza regarding charges that she knowingly participated in illegal drug trafficking. The following information was available for preparation prior to the polygraph examination:

During the period 2006 to 2008, Luz Marina Loaiza worked in a secretarial role for Juan Perez Rodriguez, also known as Chayanne, who was involved in illegal drug trafficking. In November 2008, Chayanne, Loaiza and thirty-four others were indicted in the United States District Court for the Northern District of Georgia for participating in illegal drug trafficking and for other related activities. Loaiza was indicted for participating in a drug trafficking conspiracy and for conducting illegal financial transactions associated with the conspiracy. Loaiza acknowledged working for Chayanne and conducting financial transactions such as bank deposits at his direction, but she denied knowing the transactions were illegal when she conducted them. She further denied knowing at the time that she was participating in an illegal drug trafficking conspiracy.

On May 10, 2010, Loaiza voluntarily appeared at the State Bar of Georgia building in Atlanta, Georgia, for a scheduled polygraph examination. Alba Males, a certified English-Spanish language interpreter/translator, was also present to provide interpretation and translation services throughout the examination. At the outset, Loaiza was furnished with an English language polygraph consent form that Males read aloud to her in Spanish. Afterward, Loaiza stated she understood the form and then signed it.

During the pretest interview, Loaiza again acknowledged working for Chayanne and conducting financial transactions at his direction. She again denied knowing the financial transactions were illegal when she conducted them. Loaiza further denied knowing at the time that she was participating in an illegal drug trafficking conspiracy. Loaiza stated that during her work for Chayanne, she thought she was assisting him in buying and selling building materials.

Luz Marina Loaiza was afforded a polygraph test during which two relevant questions were asked in Spanish. The relevant questions are presented below in both Spanish and English.

    A. ¿Cuando trabajó para Chayanne, hizo usted alguna transacción financiera sabiendo en el momento que era ilegal? (Answer-No)

       In your work for Chayanne, did you conduct any financial transaction that you knew at the time was illegal? (Answer-No)

    B. ¿En algún momento durante el tiempo en que trabajo para Chayanne, sabía ud. que estaba involucrada en una conspiración de narcotráfico? (Answer-No)

       At any time during your work for Chayanne, did you know you were involved in an illegal drug trafficking conspiracy? (Answer-No)

It is the opinion of the examiner that the recorded responses to the above relevant questions are not indicative of deception.


Marc E. Foster
Polygraph Examiner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA　　　　)

　　　　　　v.　　　　　　　　　　)　　　CRIMINAL INDICTMENT

LUZ MARINA LOAIZA-CLAVIJO,　　　)　　　NO. 1:08-CR-356-WSD-ECS-18

　　　　Defendant　　　　　　　　)

CERTIFICATE OF SERVICE

　　　　I hereby certify that I have this day electronically filed the NOTICE OF

INTENT TO USE POLYGRAPH EVIDENCE AT TRIAL with the Clerk of Court

using the CM/ECF system which will automatically send e-mail notification to the

attorneys of record.

　　　　This 19th day of August 2010.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ Martin L. Cowen III

　　　　　　　　　　　　　　_____

P.O. Box 1132　　　　　　　　Martin L. Cowen III
Jonesboro, Georgia 30237-1132　　Georgia Bar Number 192150
770-471-9800 office　　　　　　Attorney for Defendant,
770-472-6392 fax　　　　　　　LUZ MARINA LOAIZA-CLAVIJO
E-mail: mlcowen@yahoo.com