IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL INDICTMENT |
| LUZ MARINA LOAIZA CLAVIJO, | ) | NO. 1:08-CR-356-WSD-ECS-18 |
| Defendant | ) | |

RULE 16 DISCLOSURE OF EXPERT WITNESSES

Comes now Defendant, LUZ MARINA LOAIZA-CLAVIJO, hereinafter referred to as "Luz Marina," by and through her counsel of record, Martin L. Cowen III, and shows the Court the following:

1.

Luz Marina is obliged under Fed.R.Crim.P. 16(b)(1)(C) to "give to the government a written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence."

2.

Luz Marina has previously disclosed the polygrapher (document 719) as a defense expert. Hereby disclosed are the psychologist and the government psychiatrist who examined Luz Marina and determined her to be borderline mentally retarded with an IQ of 73 and incompetent to stand trial. The actual reports of these expert witnesses have previously been disclosed to the government and the

witnesses are expected to testify consistently with their reports to the effect that the defendant, Luz Marina, is borderline mentally retarded and incompetent to stand trial. These witnesses are expected to testify that a borderline mentally retarded person is likely to be gullible, naïve, easily duped, fooled, and tricked, unsuspecting, not naturally suspicious, unreasonably trusting, unable to identify clues of wrongdoing that people without a mental disability are able to identify, and followers easily led astray.

3.

The psychologist is:

Andrew M Gothard, Psy.D., P.C.
Atlanta Psychological Services, LLC
2308 Perimeter Park Drive, Suite 100
Atlanta, Georgia 30341
770-457-5577 office
770-457-5599 fax

His CV is attached as an exhibit.

4.

The psychiatrist is:

Julie A. Rand Dorney, M.D.
Peachtree Psychiatric Professionals
Suite 775
3500 Piedmont Road, NE
Atlanta, Georgia 30305
404-351-2008 office
404-351-0243 fax

The defense does not have a copy of her CV, but this witness was

selected by the government and her qualifications are well known to the Government.

5.

Should the government regard this disclosure or document 719 inadequate, counsel requests that the inadequacy by pointed out by the government in order that the inadequacy might be corrected long prior to trial.

Respectfully submitted,

/s/ Martin L. Cowen III

_____
Martin L. Cowen III
Georgia Bar Number 192150
Attorney for Defendant,
LUZ MARINA LOAIZA-CLAVIJO

P.O. Box 1132
Jonesboro, Georgia 30237-1132

770-471-9800 office
770-472-6392 fax
E-mail: mlcowen@yahoo.com



**Andrew M. Gothard, Psy.D., P.C.**
**Licensed Psychologist**

2308 Perimeter Park Drive
Suite 100
Atlanta, GA 30341
andygothard@bellsouth.net

770-457-5577
Fax 770-457-5599

# CURRICULUM VITAE

rev 11-10-08

## EDUCATION

**Psy.D. (1996)**    **Georgia School of Professional Psychology,** Atlanta, GA
**MA (1993)**                (Now known as Argosy University – Atlanta Campus)
                            Major: Clinical Psychology (APA accredited)

> **Internship** - Valley Mental Health, Salt Lake City, UT (APA accredited), 1994-1995.
>
> **Therapy Practicum -** Inner Harbour Hospital, Douglasville, GA, 1993-1994.
>
> **Diagnostic Practicum** - DeKalb County Board of Health, Mental Health/Mental Retardation/Substance Abuse Services, Atlanta, GA, 1992-1993.

**BA (1990)**        **Georgia State University,** Atlanta, GA
Summa Cum Laude    Major: Clinical Psychology

## PROFESSIONAL EXPERIENCE

1999-present    **Independent Private Practice and Consultation**, Atlanta, GA

Activities include: Individual and family psychotherapy; psychological, psychoeducational, neuropsychological, and forensic evaluations; forensic consultation; training and supervision of practicum students and post-doctoral fellows; program development; practice management.

2000-2001    **Brandon Hall School**, Atlanta, GA
Title: **Director of Psychological Services**

Duties include: Providing individual, family and group psychological services to students and their families; program development; community liaison with outside service providers; supervising psychology practicum students. Brandon Hall School specializes in meeting the needs of 5th through 12th grade students with Learning Disabilities and Attention Deficit Hyperactivity Disorder.

2007-present    **Cenpatico Behavioral Health, Credentialing Committee**
Title: **Peer Review Committee Member**

Duties Include: Evaluating provider applicants for new credentialing, re-credentialing, and assessing for termination of credentials on the nation-wide provider panel.

1997-2002   **Georgia School of Professional Psychology**, Atlanta, GA

Title: **Adjunct Faculty** (1999-2000), Master of Arts in Psychology Program, Professional Counseling Specialty; **Guest Lecturer** (1997-2002)

Courses taught: **Therapy Practicum Supervision Seminar; Human Development and Learning; Group Psychotherapy**.

Guest lecturer for the following courses: **Theories of Counseling, Group Psychotherapy, Masters Practicum Seminar, Doctoral Practicum Seminar.**

1996-1999   **Accord Psychological Associates**, Jonesboro and Smyrna, GA

Title**: Psychologist,** Executive Committee member

Duties included**:** Individual, family, couples, and group psychotherapy with adults, children, and adolescents; psychological evaluation of adults, children, and adolescents; expert witness court testimony; community outreach; program development; practice building; practice administration duties.

1995-1996   **Valley Mental Health - Forensic Unit**, Salt Lake City, UT

Title: **Associate Psychologist**

Duties included: Group therapy with substance abusers, domestic violence offenders, sex offenders, and other forensic clients; individual and couples therapy; psychological assessment; intake evaluations; criminal justice system liaison; program development.

1995   Employer: Janiece Pompa, Ph.D., licensed clinical neuropsychologist, Salt Lake City, UT

Title: **Neuropsychological Assistant**

Duties included: Neuropsychological test administration, scoring, and interpretation with a variety of instruments using the Halstead-Reitan system.

1993   **Georgia School of Professional Psychology,** Atlanta, GA

Title: **Teaching Assistant,** Dr. Joyce L. Ingram's Assessment Battery class

Duties included: Grading students' scoring, interpretation, and summaries of individual diagnostic instruments.

1989-1992   **Ridgeview Institute,** Atlanta, GA

Site Description: In-patient psychiatric hospital

Title: **Mental Health Clinical Assistant** - Adolescent Chemical Dependency Unit (1989-1990); Adult Psychiatric Unit (1990-1992)

Duties included: Primary therapeutic intervention; crisis intervention; group therapy co-leader and leader for various groups; safety assurance; assisting patients with activities of daily living; staff representative for patient committees; off-campus patient escorting; new patient unit admissions; EKG administration.

## **SUPERVISED CLINICAL EXPERIENCE**

1996-1997   Post-Doctoral Supervision provided by Barbara Lovett, Ph.D. at **Accord Psychological Associates**, Jonesboro and Smyrna, GA

1994-1995 **Internship** - **Valley Mental Health**, Salt Lake City, UT (APA accredited)

Site description: A community mental health system including outpatient, in-patient, residential, employment, housing, and other specialty units

Duties included: Individual, group, couples, and family psychotherapy; psychological assessment; intake evaluations; program development; case management. Population - children, adolescents, and adults. Rotations - East Valley Mental Health (VMH) and South VMH outpatient clinics; University Medical Center Psychiatric Unit; VMH Forensics Unit; VMH Adolescent Residential Treatment and Educational Center; VMH Alcohol and Drug Unit. Primary Supervisor - Edwin Christensen, Ph.D., Director of Psychology Training.

1993-1994 **Therapy Practicum** - **Inner Harbour Hospital**, Douglasville, GA

Site description: Wilderness based child and adolescent psychiatric hospital

Duties included: Individual, family, and group psychotherapy with children and adolescents. Primary Supervisor - Jesse Hawk, Ph.D., licensed clinical psychologist

1992-1993 **Diagnostic Practicum - DeKalb County Board of Health, Mental Health/Mental Retardation/Substance Abuse Services**, Atlanta, GA

Site description: Community mental health center

Duties included: Psychological assessment; group and individual psychotherapy; intake screening and evaluations; crisis intervention. Primary Supervisor - Raymond L. Hoobler, Ph.D., licensed clinical psychologist.

## RESEARCH EXPERIENCE

1996 **"The Reliability and Validity of the Child Witness' Testimony in Sexual Abuse Litigation: Review and Recommendations,"** Unpublished doctoral Clinical Research Project. Presented to the faculty and students of Georgia School of Professional Psychology, December, 1996

1992-1993 **McIntosh Trail Mental Health/Mental Retardation/ Substance Abuse Services**

Title: **Program Evaluator**

Duties included: Data collection, data analysis and evaluation, and presentation of findings of a client satisfaction survey. Clients were interviewed at community mental health centers in five Central Georgia counties.

1990-1991 **Research Assistant** to Pam Hartsfield, Ph.D. and Julie Friedman, Ph.D. Georgia State University, Atlanta, GA

Duties included: Assisting in data collection and statistical analysis for doctoral dissertations.

1988-1989 **Substance Abuse Prevention and Education Resource Program (SUPER II)** - Metro Atlanta Council on Alcohol and Drugs

Position: **Program Evaluator**

> Duties included: Administering pre-test, post-test, and three month follow-up questionnaires to the program participants; assisting in the revision of the participants' questionnaire and the program facilitators' evaluation form; obtaining information regarding the participants' school attendance and juvenile court records from various Metro Atlanta juvenile court and school systems; evaluating the performance of the program facilitators.

## PROFESSIONAL PRESENTATIONS

**"The Role of Spirituality in the Lives of Therapists and Their Patients."** Continuing education workshop sponsored by Georgia Psychological Association, Atlanta, GA, November 7, 2008.

**"Professional Practice Considerations."** Georgia Psychological Association – Division E 2008 Fall Conference; September 26, 2008.

**"Court Testimony: Becoming and Expert, Expert Witness."** Georgia Psychological Association 2008 Annual Meeting; May 31, 2008.

**"Substance Abuse: Issues in Assessment, Treatment, & Ethics."** Staff Development training presented periodically to social workers, therapists, and interns at Jewish Family & Career Services; 2002 to present.

**"Understanding Psychological Evaluations for CASA Volunteers."** Staff development in-service training presented periodically to Court Appointed Special Advocate (CASA) volunteers in Cherokee County, GA; Dekalb County, GA; 2008 Georgia CASA Conference; Periodic 2005 to present.

**"Child Custody & Shared Parenting."** National Business Institute CLE seminar; Atlanta, GA; June 5, 2007.

**"Advanced Depositions."** Lorman Educational Services CLE Seminar; Atlanta, GA; September 8, 2006.

**"Helping Your Client Survive a Child Custody Evaluation."** National Business Institute CLE seminar; Atlanta, GA; August 15, 2006.

**"Overview of the DSM-IV."** Staff development in-service training presented to case managers and supervisors at Dekalb County DFCS; Forsyth County Bar Association; Periodic 2006 to present.

**"Practical Realities of Dealing With DFCS."** Presented at the GPA Annual Meeting; Sandestin, Florida; May 26, 2006.

**"Behavior Management for Grandparents Raising Grandchildren with Special Needs."** Atlanta Regional Commission, Area Agency for the Aging, Atlanta, GA, March 8, 2006.

**"Custody Evaluations,"** Presented periodically at John Marshall Law School; Gwinnett Bar Family Law Group, 2005 to present.

**"Understanding Psychological Evaluations for DFCS Purposes."** Staff development in-service training presented periodically to case managers and supervisors at the Department of Family and Children's Services (DFCS); Periodic 2005 to present.

**"Stress Management."** Staff development in-service training presented to case managers and supervisors at Dekalb Department of Family and Children's Services, Atlanta, GA, May 3 – May 4, 2005.

**"Anger Management: A Holistic Approach."** Continuing education workshop sponsored by Georgia Psychological Association, Atlanta, GA, October 1, 2004.

**"Team Building."** Staff development in-service training presented to supervisors at Dekalb Department of Family and Children's Services, Atlanta, GA, March 16, 2004.

**"Overcoming Stress in the Workplace."**  Staff development in-service training presented to case managers and supervisors at Dekalb Department of Family and Children's Services, Atlanta, GA, March 2, 2004.

**"Anger Management"** and **"Communication and Listening Skills Training."**  Lectures presented as segments of *Focus on Forever*, a pre-marital seminar sponsored by Cobb County, Georgia, Superior Court, monthly 1998-2000.

**"Parenting Adolescents: Substance Abuse and Other Relevant Issues."**  Lecture presented to members of Congregation B'nai Israel, Riverdale, GA, January 1998.

**"Stress Management."**  Lecture presented to members of Congregation Beth Shalom, Atlanta, GA, January 1998.

**"Drug Use and Abuse Awareness."** Lecture presented to students at Love T. Nolan Elementary School (Atlanta); Woodward Academy (Atlanta); The Mountain Summer Camp and Conference Center, Highland, NC, periodically 1992 to 1997.

**"Recovery and Spirituality."**  Lecture presented to the Psychology Training Committee, Valley Mental Health, Salt Lake City, UT, 1995.

**"Relapse Prevention."**  Lecture presented to aftercare program participants at DeKalb Addiction Clinic, Atlanta, GA, 1993.

**"Body and Stress Management: Excessive and Abusive Behaviors and Their Effects on the Human System."**  Lectures presented to undergraduate students, Psychology Department, Georgia State University, Atlanta, GA., 1993.

**"Substance Abuse, Addiction, and the 12-Step Model of Recovery."** Lecture presented to undergraduate psychology students, Georgia State University, Atlanta, GA., 1991, to clinical psychology doctoral students, Georgia School of Professional Psychology, Atlanta, GA., 1991, and at DeKalb County's DUI School, Atlanta, GA, 1988.

## ADDITIONAL TRAINING AND EDUCATION RECEIVED

Workshop: "**Relational Psychotherapy: What Therapists Can Learn from Contemporary Psychodynamic Approaches**;" Laura Westin, Ph.D. & Ephi Betain, Ph.D., GPA Annual Meeting; Jekyll Island, GA; May 30, 2008

Workshop: "**The Yoga of Breath: Ancient Mental health Techniques Validated by Modern Science**;" Ronnie Newman, Ed.M., GPA Annual Meeting; Jekyll Island, GA; May 31, 2008

Workshop: "**Balancing the Careless, The Cranky, The Goofy and The Scared: Update on Psychopharmacology**;" Ashraff Attalla, MD; GPA Annual Meeting; Jekyll Island, GA; June 1, 2008

Workshop: **"A Smidgeon of Genius."** Karen Foster, PhD & Robert Simmermon, Ed.D. Atlanta, GA; May 16, 2008

Workshop: "**Legal and Ethical Risks and Risk Management in Professional Psychological Practice: Risk Management in Specific High Risk Areas**." Jeffrey N. Younggren, Ph.D.; GPA Annual Meeting; Atlanta, GA; May 17, 2007

Workshop: "**When Evidence Based Practice Isn't Empirically Supported Therapy.**" Drew Westen, Ph.D.; GPA Annual Meeting; Atlanta, GA; May 18, 2007

Workshop: "**Working with Executive Clients: Developing Leadership and Lives.**" Robert Turknett, Ph.D.; GPA Annual Meeting; Atlanta, GA; May 18, 2007

Workshop: "**Gottman Method Marital Therapy**." David Woodsfellow, Ph.D.; GPA Annual Meeting; Atlanta, GA; May 18, 2007

Workshop: "**The Highly Gifted Child: Family, School and Psychosocial Considerations.**" Judy Wolman, Ph.D.; GPA Annual Meeting; Atlanta, GA; May 19, 2007

Workshop: "**Divorce Dynamics and Family Interventions.**" Nancy McGarrah, Ph.D.; GPA Annual Meeting; Atlanta, GA; May 19, 2007

Workshop: "**Tips and Techniques in Running Your Practice.**" Richard Blue, Ph.D., et al; GPA Annual Meeting; Atlanta, GA; May 20, 2007

Workshop: "**The Psychological Issues in Divorce & Custody: Part 1 & Part 2**." Various presenters; GPA Annual Meeting Conference; Sandestin, Florida; May 25 – May 26, 2006

Workshop: "**The Psychology of Money**." May Gresham Ph.D.; GPA Annual Meeting Conference; Sandestin, Florida; May 25, 2006

Workshop: "**Spirituality & Psychotherapy: Basics of Ethical Integration**." May Gresham Ph.D.; GPA Annual Meeting Conference; Sandestin, Florida; May 25, 2006

Workshop: "**Divorce & Custody Issues Impacting The Psychotherapist Practitioner**." Howard Gold, JD, MSW; Ridgeview, Atlanta, GA; August 19, 2005

Workshop: "**Non Drug Treatment for ADHD.**" Yvonne Pennington, PhD; Peachford, Atlanta, GA; May 6, 2005

Workshop: "**How Can I Forgive You? A Radical Approach to Healing Intimate Wounds.**" Janis Abrams Spring, PhD; Atlanta, GA; February 25, 2005

Workshop: "**Sex, Drugs, and Chocolate: Understanding and Managing the Physiology and Psychology of Addiction.**" Rick Glantz, MA; Atlanta, GA; February 2, 2005

Workshop: "**The Effects of medications on Psychological Testing.**" Robert Godsall, Ph.D., Amy Alderson, Ph.D., Atlanta, GA; December 17, 2004

Workshop: "**Brain Injury: Stroke, Alzheimer's, & Head Trauma.**" Michael Howard, Ph.D. Atlanta, GA; October 28, 2004

Workshop: "**Disruptive Behavior Disorders in Children and Adolescents.**" Daniel Fecht, Ph.D. Atlanta, GA; August 13, 2004

Workshop: "**Forensic Neuropsychology.**" Stephen Macciocchi, Ph.D. Atlanta, GA; July 9, 2004

Workshop: "**Advances in Psychopharmacology.**" Randy Tackett, Ph.D. Atlanta, GA; January 16, 2004

Workshop: "**Georgia Mental Health and the Law 2003.**" Torin Togut, JD, Debra Blum, JD, Hedy Rubinger, JD. Atlanta, GA; November 7, 2003

Workshop: "**Supervision: Techniques, Challenges, & Ethics.**" Jeffrey Binder, Ph.D., Philip Flores, Ph.D., Bernhard Kempler, Ph.D., Marolyn Wells, Ph.D. Atlanta, GA; January 31, 2003

Workshop: "**The Self Medicating Client: Natural Remedies, Alternatives, and Drugs of Abuse.**" Joan Read, Ph.D.; Atlanta, GA; November 1, 2002

Workshop: "**Ethical Issues in Working with Children.**" Nancy McGarrah, Ph.D.; Atlanta, GA; October 25, 2002

Workshop: "**Everything You Need to Know about the HIPAA Compliance Rules for Psychologists.**" Charles Cooper, Ph.D.; Atlanta, GA; September 21, 2002

Workshop: "**Advanced Forensic Psychology Practice: Issues and Applications.**" Sponsored by the American Academy of Forensic Psychology. Presenter included Beth Clark, Ph.D., William Foote, Ph.D., Alan Goldstein, Ph.D., Stuart Greenberg, Ph.D., & Randy Otto, Ph.D. Atlanta, GA; April 18-21-2002; 24 CE hours. Topics included **Witness Liability & Immunity, Assessment of Malingering, Violence Risk Assessment, Termination of Parental Rights, Child Custody Examinations, personal Injury, Will Contests: Testamentary Capacity and Undue Influence, Employment Discrimination: Sexual Harassment, Americans With Disabilities Act, Juvenile Declination Hearings, Sex Offender Risk Assessment, Miranda Waivers, Mens Rae, Capital Mitigation.**

Workshop: "**Testifying in Court.**" Stanley Brodsky, Ph.D.; Atlanta, GA; November 7-8-2001

Workshop: "**Disaster Mental Health Services.**" American Red Cross; Atlanta, GA, October 21-22, 2001

Conference: **Georgia Independent School Association Annual Conference**, Brookstone School, Macon, GA, November 6, 2000. Workshops attended included: **"Humor and Teacher Burnout"**; **"Time and Stress Management"**; **"K-12 Sequencing of Experiential Programming for Character Development."**

Workshop: **"Pediatric Psychopharmacology."** J. Ken Walters, Pharm.D., Atlanta, GA, November 8, 2000.

Workshop: **"Understanding and Managing Anger: Diagnosis, Treatment, and Prevention."** Joseph W. Shannon, Ph.D., Atlanta, GA, June 2000.

Workshop: **"Managing Cravings: A practical approach in relapse prevention."** Rick Glantz, MA, Atlanta, GA, August 19, 1999.

Lecture: **"Working with Religious-Oriented Clients From a Cognitive Behavioral Perspective."** James Powell, Ph.D., Charter-Anchor Hospital, Atlanta, GA, May 1999.

Workshop: **"Relapse Prevention Counseling – A Brief Strategic Approach."** Developed by Terence Gorski, M.C.A.C., CENAPS Corporation, Presented by Rick Glantz, MA, Atlanta, GA, March 1-3, 1999.

Conference: **"Using the Psychology Expert in Custody and Visitation Issues in Georgia."** Atlanta, GA, January 13, 1998.

Conference: **"Assessment of Violence Potential."** Reid Meloy, Ph.D., A.B.P.P., Atlanta, GA, October 1997.

Conference: "**The Southeastern Conference on Alcohol and Drugs.**" Abraham Twerski, MD and Terence Gorski, M.C.A.C. (keynote speakers) Atlanta, GA, 1996.

Conference: "**Domestic Violence: Outpatient Treatment Provider's Conference.**" Donald G. Dutton, Ph.D. (keynote speaker) and Division of Child and Family Services. Salt Lake City, UT, 1996.

Seminar: **"Neuropsychological Evaluation."**  Ten-week seminar conducted by Janiece Pompa, Ph.D., in conjunction with clinical internship at Valley Mental Health.  Salt Lake City, UT, 1994-1995.

Workshop: "**Cognitive Behavioral Treatment of Anxiety Disorders,**" Aaron T. Beck, MD and CPC Parkwood Hospital. Atlanta, GA, 1993

Workshop: "**Multiple Personality & Related Dissociative Disorders,**" Richard P. Kluft, M.D. and Ridgeview Institute. Atlanta, GA, 1991.

## PROFESSIONAL MEMBERSHIPS AND COMMUNITY INVOLVEMENT

- Board of Directors, Georgia Psychological Association, 2006 - present
- Insurance/Managed Care Committee Chairperson, Georgia Psychological Association, 2006 – present
- Legal & Legislative Committee member, Georgia Psychological Association, 2007 – present
- Volunteer lecturer for *Focus on Forever*, a pre-marital seminar sponsored by Cobb County, Georgia, Superior Court, 1998-2000.
- Clayton County Drug Advisory Committee, 1997- 2000.
- American Psychological Association, member - 1991-present.
- Georgia Psychological Association, member - 1991-present.

## HONORS AND AWARDS

- Georgia Psychological Association 2008 President's Award for Outstanding Professional Contributions.
- Graduated Summa Cum Laude, Georgia State University, Atlanta, GA, 1990.
- Awarded the Dean's Scholarship Key, Georgia State University, Atlanta, GA, 1990.
- Member of Golden Key National Honor Society, 1989-1990.
- Member of Psi Chi Psychology Honor Society, 1989-1990.

**REFERENCES**

*Available upon request.*



### Andrew M. Gothard, Psy.D., P.C.
**Licensed Psychologist**

2308 Perimeter Park Drive
Suite 100
Atlanta, GA 30341
andygothard@bellsouth.net

770-457-5577
Fax 770-457-5599



Dr. Andrew M. Gothard, a licensed psychologist in the State of Georgia, received his doctoral degree in clinical psychology from the Georgia School of Professional Psychology (GSPP) after graduating Summa Cum Laude from Georgia State University (GSU). He has over 15 years of psychotherapy and assessment experience in a range of settings including community mental health centers, psychiatric hospitals, inpatient adolescent treatment facilities, outpatient drug and alcohol treatment centers, a forensic treatment unit, a wilderness-based treatment facility, a private boarding/day school, and private practice. He also has extensive experience in program development and management, practice administration and marketing, and forensic consultation.

Dr. Gothard has served as adjunct faculty for GSPP's Professional Counseling program, as well as being guest lecturer for GSPP's Master of Arts Psychology program, GSPP's Clinical Psychology Doctoral program, GSU's undergraduate psychology program, and John Marshall Law School. In addition, he has been a frequent lecturer in the areas of substance abuse and recovery, anger management, stress management, communication skills, and custody evaluations.

### *DR. GOTHARD'S SERVICES INCLUDE:*

- Forensic consultation and forensic evaluation, including:
    - Custody evaluations
    - Independent medical evaluations
    - Disability and personal injury (including workers compensation)
    - Neuropsychological evaluations

- ➢ Malingering
- ➢ Competency to stand trial
- ➢ Criminal Insanity
- ➢ Criminal responsibility
- ➢ Substance abuse
- ➢ Domestic violence
- ➢ Anger and violence potential
- ➢ DFCS protective custody child evaluations
- ➢ DFCS fitness for parenting evaluations
- ➢ Sexual abuse – victim and perpetrator
- ➢ Psychosexual
- ➢ Expert testimony
- ➢ Psychological records review
- ➢ Attorney consultation and deposition preparation

- Psycho-educational evaluations
    - ➢ Learning disabilities
    - ➢ School admissions and placement
    - ➢ SAT, ACT, and special program accommodation documentation

- Individual psychotherapy and psychological evaluation with adults, adolescents and older children:
    - ➢ Anger management
    - ➢ Stress management
    - ➢ Substance abuse and recovery
    - ➢ Domestic violence
    - ➢ Depression
    - ➢ Anxiety disorders
    - ➢ Spiritual issues

- Family therapy
    - ➢ Behavior management
    - ➢ Family contracts
    - ➢ Parenting skills
    - ➢ Effects of divorce
    - ➢ Domestic violence

- Pre-marital, marital, and couples therapy

- Group psychotherapy and psycho-educational group therapy



**Andrew M. Gothard, Psy.D., P.C.**
*Licensed Psychologist*

2308 Perimeter Park Drive
Suite 100
Atlanta, GA 30341

770-457-5577
Fax 770-457-5599
andygothard@bellsouth.net

## COURT TESTIMONY PROVIDED (Rev. 10-08)

Dr. Gothard has provided expert testimony in the following courts:

- City Court, Stockbridge, GA
- County Court, Galveston, TX
- Juvenile Court, Barrow County, GA
- Juvenile Court, Cherokee County, GA
- Juvenile Court, Clarke County, GA
- Juvenile Court, Clayton County, GA
- Juvenile Court, Cobb County, GA
- Juvenile Court, Coweta County, GA
- Juvenile Court, Dekalb county, GA
- Juvenile Court, Fulton County, GA
- Juvenile Court, Gwinnett County, GA
- Juvenile Court, Oconee County, GA
- Juvenile Court, Jackson County, GA
- Juvenile Court, Pickens County, GA
- Juvenile Court, Walton County, GA
- Probate Court, Fayette County, GA
- State Court, Butts County, GA
- State Court, Clayton County, GA
- Superior Court, Butts County, GA
- Superior Court, Carroll County, GA
- Superior Court, Clarke County, GA
- Superior Court, Cobb County, GA
- Superior Court, Dekalb County, GA
- Superior Court, Coweta County, GA
- Superior Court, Floyd County, GA
- Superior Court, Fulton County, GA
- Superior Court, Gwinnett County, GA
- Superior Court, Henry County, GA
- Superior Court, Walton County, GA

Dr. Gothard has provided court and deposition testimony on the following legal and psychological issues:

- Termination of parental rights
- Child custody and visitation
- Common law death benefits
- Child abuse, neglect, and/or deprivation
- Cruelty to children
- Sexual battery and rape
- Sexual abuse perpetration and victimization
- Sexual deviance
- Malingering
- DUI
- Drug possession
- Medical malpractice
- Workers compensation/disability
- Traumatic injury and on-the-job injuries
- Competency to stand trial
- Criminal Insanity & responsibility
- Probation revocation
- Sentencing/mitigation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL INDICTMENT |
| LUZ MARINA LOAIZA-CLAVIJO, | ) | NO. 1:08-CR-356-WSD-ECS-18 |
| Defendant | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the RULE 16 DISCLOSURE OF EXPERT WITNESSES with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the attorneys of record.

This 25th day of August 2010.

Respectfully submitted,

/s/ Martin L. Cowen III

_____

P.O. Box 1132
Jonesboro, Georgia 30237-1132
770-471-9800 office
770-472-6392 fax
E-mail: mlcowen@yahoo.com

Martin L. Cowen III
Georgia Bar Number 192150
Attorney for Defendant,
LUZ MARINA LOAIZA-CLAVIJO